IN THE CIRCUIT COURT OF THE
THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY,
FLORIDA, CIVIL DIVISION

DANIEL CHERIAN,

Plaintiff,

-vs-                                                      CASE NO.:

AMICA MUTUAL INSURANCE
COMPANY,

Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff, DANIEL CHERIAN, by and through his undersigned

counsel, sues the Defendant, AMICA MUTUAL INSURANCE COMPANY, (hereinafter

"AMICA"), an insurance corporation, and alleges:

1.      This is an action for damages that exceeds the sum of THIRTY THOUSAND

DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of

Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court).

Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of

the claim" as required in the preamble to the civil cover sheet for jurisdictional purposes only

(the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the

civil cover sheet for data collection and clerical purposes only).  The actual value of Plaintiff's

claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla.

Const.

2.      That at all times material hereto Plaintiff, DANIEL CHERIAN was a resident of

Hillsborough County, Florida.

3.      That at all times material hereto Defendant, AMICA, was a corporation authorized to do business in Hillsborough County, Florida

4.      Hillsborough County is the proper venue for this matter as the accident occurred in Pinellas County, Florida.

5.      On or about October 19, 2020, at or near Kings Avenue and Oak Park PL, Hillsborough County, Florida, an underinsured/uninsured motorist, Danika Michelle Valles, so negligently and carelessly operated and/or maintained a motor vehicle so as to cause the same to collide with a motor vehicle that Plaintiff, DANIEL CHERIAN was a passenger in and thereby causing Plaintiff to sustain severe and permanent injuries.

**COUNT I**

**PLAINTIFF, DANIEL CHERIAN'S, UNINSURED/UNDERINSURED MOTORIST CLAIM AGAINST DEFENDANT, AMICA MUTUAL INSURANCE COMPANY**

Plaintiff, DANIEL CHERIAN reiterates and realleges Paragraphs 1 through 5 as if more fully set forth herein and further alleges:

6.      At all times material hereto, Plaintiff, DANIEL CHERIAN had in force and effect a policy of insurance providing underinsured motorists' coverage with Defendant, AMICA. A copy of the declaration page evidencing underinsured motorists' coverage is attached hereto as Exhibit "A".

7.      At all times material herein, Plaintiff, DANIEL CHERIAN was an intended beneficiary of the policy of uninsured/underinsured motorist coverage provided by Defendant, AMICA.

8.      Defendant, AMICA, is responsible for underinsured motorists' benefits as provided in the contract of insurance, specifically, Policy No. 91040931YA, a copy of which is in

Defendant's possession.   Alternatively, Defendant, AMICA is responsible for underinsured motorists' benefits pursuant to Section 627.727, Fla. Stat.

9.   Plaintiff has furnished Defendant, AMICA timely notice of the automobile accident and proof of the claim for damages described above and has otherwise performed all conditions precedent to entitle recovery under the uninsured/underinsured portion of the policy but Defendant, AMICA has denied that coverage exists and/or refused to pay Plaintiff the full value of the claim.

10.   As a direct and proximate result of the negligence of DANIKA VALLES, Plaintiff, DANIEL CHERIAN suffered bodily injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, activation and/or aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life.  The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.  Plaintiff, DANIEL CHERIAN, will suffer or incur the injuries, expenses and impairment in the future.

WHEREFORE, Plaintiff, DANIEL CHERIAN, demands judgment against Defendant, AMICA, in excess of Thirty Thousand Dollars ($30,000.00), and requests a trial by jury of all issues triable as of right by a jury.

DATED this 30th day of September, 2021.

/s/ Demetri Zervos
Demetri Zervos, Esquire
Morgan & Morgan Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 337-5078
Fax: (813) 257-0569
dzpleadings@forthepeople.com
Florida Bar #:  1024793
Attorney for Plaintiff

4

## STATUTORY INSURANCE DISCLOSURE
## PURSUANT TO FLORIDA STATUTE § 627.4137

Before me, the undersigned notary public, personally appeared Daniel Lynch, who after being first duly sworn deposes and states under penalty of perjury as follows:

**A. Name of Insurer: Amica Mutual Insurance Company**

**B. Name of Each Insured: Daniel Cherian and Ammini Cherian**

**C. Limits of Liability Coverage: $10,000.00 Personal Injury Protection; No MedPay; $100,000.00/$300,000.00 Uninsured Motorists (Stacked x 3=$300,000.00/$900,000.00**

**D. At the time of providing this response, the following represents the policy or coverage defenses which the undersigned insurer reasonably believes are available: None known at this time**

**E. A complete copy of the policy is attached hereto.**

BY:   Daniel Lynch, Amica Mutual Insurance Company

Its:   Claims Manager

STATE OF Florida )
                             ) ss:
COUNTY OF Hillsborough )

Sworn to and subscribed before me this 6 day of November, 2020, by Daniel Lynch.

NOTARY PUBLIC

Notary Stamp
My Commission No.:
Personally known ✓
or produced identification _____
Type of identification produced _____

Notary Public State of Florida
Sally Ann Jones
My Commission GG 934387
Expires 11/24/2023

1


EXHIBIT
A